Submitted May 3, affirmed June 3, petition for review denied September 30, 2021 (368 Or 597)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSHUA JONATHAN HICKS,
*Defendant-Appellant.*

Linn County Circuit Court
18CR41838, 18CR81648, 19CR24972;
A171598 (Control), A171599, A171600

487 P3d 452

DeAnn L. Novotny, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Shipley*, 307 Or App 263, 476 P3d 971 (2020).